IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG D. HERRING )<br>              Petitioner, )<br>)<br>             v. )<br>)<br>GERALD L. ROZUM, THE ATTORNEY )<br>GENERAL OF THE STATE OF )<br>PENNSYLVANIA and GOVERNOR )<br>THOMAS CORBETT )<br>             Respondents. ) | Civil Action No. 13-983 |

## O R D E R

In a Report and Recommendation [ECF No. 10] filed on September 12, 2013, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and was granted until September 30, 2013 to file objections to the Report and Recommendation. While no objections were filed, on September 30, 2013, petitioner filed a "Response to Motion" [ECF No. 12] and, while clearly not objections, it has been reviewed by this Court, and found to be without merit.

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this 1st day of October, 2013,

IT IS HEREBY ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge

Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

                                                         s/Arthur J. Schwab
                                                         Arthur J. Schwab
                                                         United States District Judge